```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
VICTOR ESTEVEZ,                         :
                                        :    07 Civ. 8138 (VM)
                Plaintiff,              :
                                        :         ORDER
       - against -                      :
                                        :
SMITHKLINE BEECHAM CORPORATION,         :
GLAXOSMITHKLINE and SMITHKLINE          :
BEECHAM CORPORATION d/b/a               :
GLAXOSMITHKLINE,                        :
                                        :
                Defendants.             :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiff having notified the Court, by telephone conference with Chambers on September 24, 2007, that this case is one of numerous other actions brought against defendants in this Court and in other jurisdictions involving alleged injuries caused by a drug produced and sold by defendants known as Avandia, and that these related cases may be the subject of a motion to consolidate pretrial proceedings under the Multi-District Litigation rules, it is hereby

**ORDERED**, that this action be placed on the Court's Suspense Docket pending a determination by the Multi-District Litigation Panel on any proceedings to consolidate related cases.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          27 September 2007

                                        _____
                                                VICTOR MARRERO
                                                   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-07