MAR12020/J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VICTOR ESTEVEZ,

                Plaintiff,

     v.                                07-CV-8138 (VM)

SMITHKLINE BEECHAM CORPORATION,       **STIPULATION AND ORDER**
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                Defendants.
----------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Victor Estevez, and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead, or otherwise respond to Plaintiff's Complaint is hereby extended thirty (30) days from October 16, 2007 to November 15, 2007.

Dated: October 3, 2007

_____                     _____
David Ratner                                       Kenneth J. King (KK 3567)
Victoria J. Maniatis (VM 6388)           PEPPER HAMILTON LLP
MORELLI RATNER PC                  620 Eighth Avenue, 37th Floor
950 Third Avenue                         New York, NY 10018-1405
New York, NY 10022

                                         and

Attorneys for Plaintiff Victor Estevez

                                         Nina M. Gussack
                                         PEPPER HAMILTON LLP
**SO ORDERED:**                            3000 Two Logan Square
                                         18th and Arch Streets
10-11-07                                     Philadelphia, PA 19103-2799
DATE   VICTOR MARRERO, U.S.D.J.
                                         Attorneys for Defendant SmithKline Beecham
                                         Corporation d/b/a GlaxoSmithKline

**SO ORDERED.**

_____
United States District Judge

Dated: _____