11/12/2007 17:06 FAX
NOV-12-2007 12:39    PEPPER HAMILTON LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
VICTOR ESTEVEZ,

          Plaintiff,

   v.          07-CV-8138 (VM)

SMITHKLINE BEECHAM CORPORATION,       STIPULATION AND ORDER
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

          Defendants.
----------------------------------------x

    IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly

named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the

time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is

hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of

a Case Management Order, absent any direction by the Court to the contrary in the Case Management Order.

Dated: November 12, 2007

/s/ David Ratner
David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, NY 10022

Attorneys for Plaintiff Victor Estevez

/s/ Kenneth J. King
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

SO ORDERED.

/s/ Victor Marrero
United States District Judge
Victor Marrero

Dated: 13 November 2007

2